*Law Offices of Mitchell Cantor*

355 Lexington Avenue, Suite 401
New York, New York 10017
Telephone: (212) 679-7820
Email: mc@mcantorlawoffice.com

July 8, 2019

<u>*Via CM/ECF*</u>

Hon. John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007

      Re:    ***Christian Saint v. Quadra Media LLC***
              **Case No. 1:17-cv-07200-JGK**

Dear Judge Koeltl:

      We represent Defendant, Quadra Media LLC ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff's counsel, to request a brief adjournment of the Oral Argument currently scheduled for July 10, 2019.

      Pursuant to Your Honor's Order, the parties have been directed to appear for an Oral Argument on Defendant's pending motion for summary judgment July 10, 2019 at 10:30 am. Defendant intends to present an offer of settlement to Plaintiff by the following day, July 11, 2019, and would like a brief adjournment of the hearing to allow Plaintiff to consider its offer.

      This is the first request for an adjournment. Thank you for your time and consideration of this request. The requested adjournment does not affect any other scheduled dates

                                          Respectfully submitted,

                                          */s/ Mitchell Cantor*
                                          Mitchell Cantor, Esq.